UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) M.J. No. 23-4162-DHH |
| v. | ) |
| | ) |
| VARINDER SINGH, | ) |
| | ) |
| Defendant | ) |
| | ) |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan P. Glynn, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent with the Drug Enforcement Administration ("DEA") since October 2015. I currently am assigned to the Financial Investigations Team of the New England Field Division in Boston, Massachusetts, where I have been assigned since April 2021.

2. I am authorized to investigate violations of the laws of the United States, including violations of federal narcotics laws in Title 21 of the United States Code. I have received training regarding narcotics investigations while attending the Basic Agent Academy and have attended additional specialized training courses in furtherance of my past and current assignments.

3. I have participated in all aspects of drug investigations, including physical surveillance, surveillance of undercover transactions, the introduction of undercover agents, the execution of search warrants, the effecting of arrests, debriefings of defendants, informants and witnesses who had personal knowledge regarding major narcotics trafficking organizations, and the court-authorized interception of communications. I have also reviewed recorded conversations and telephone, financial, and drug records. Through my training and experience, I have become

familiar with the manner in which illegal drugs are imported, transported, stored, and distributed, and the methods of payment for such drugs.

4.   I submit this affidavit in support of a Criminal Complaint charging Varinder SINGH with possession with intent to distribute and distribution of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

5.   I am familiar with the facts and circumstances of this investigation from my own personal participation and from oral and written reports made to me by DEA agents and other federal, state, and/or local law enforcement agents.

6.   This affidavit is submitted for the limited purpose of establishing probable cause to believe that SINGH has committed the above offense.  Accordingly, I have not included each and every fact known to me and other law enforcement officers involved in this investigation.  I have set forth only the facts that I believe are needed to establish the requisite probable cause.

7.   During March 2023, a cooperating witness (the "CW") has been negotiating with a drug shipment coordinator to receive a shipment of cocaine in Massachusetts.  The CW has been cooperating with the DEA since October 2022.  The CW is cooperating in the hopes of receiving leniency with respect to charging and sentencing related to a significant drug seizure from him.  The CW is also cooperating in the hopes of receiving immigration benefits.  The CW has a criminal history that includes convictions for motor vehicle offenses and illegal reentry of a deported alien.  Information provided by the CW has led to the seizure of drugs and drug proceeds.  Information provided by the CW in connection with this investigation has been corroborated by recordings made during the course of this investigation.  Information provided by the CW is believed to be reliable.

8.  Within the past several days, the CW arranged to receive fifty kilograms of cocaine in Sturbridge, Massachusetts. The CW and the coordinator agreed that the CW would retrieve the cocaine at the Pilot Travel Center in Sturbridge, Massachusetts on March 20, 2023. On March 19, 2023, the CW provided the serial number for a $1 bill in the possession of law enforcement to serve as a confirmation code to ensure that the drug transporter released the drugs to the correct person.

9.  On March 20, 2023, the CW was contacted by a person later determined to be SINGH. SINGH told the CW that he did not like the agreed-upon meeting location because it was too busy, and he requested that the CW meet him at a location in Connecticut. The CW declined to move the meeting location and agreed to meet SINGH inside of the travel center this morning. This morning, the CW and an undercover law enforcement officer (the "UC") went to the Pilot Travel Center and met SINGH inside of the convenience store there. SINGH exited the convenience store with the UC and the CW, got into the undercover vehicle, confirmed the serial number confirmation code, and directed the UC to his truck in the rear of the parking area.

10. SINGH's truck was a blue tractor with California registration YP87773 and a refrigerated trailer unit with California registration 4PB8950. The trailer of the truck was detached from the cab. SINGH briefly entered the cab of the truck. He then went to the detached trailer, opened a combination lock on the trailer, and retrieved two duffle bags from the trailer. The UC told SINGH that he needed to check the bags, and the UC then opened the bags in front of SINGH. SINGH stated that there were "twenty-five in each" bag. Each of the duffle bags contained multiple rectangular-shaped packages wrapped in brown paper and heat-sealed bags. The contents of one of the rectangular-shaped packages was field tested using a TruNarc device and tested positive for the presence of cocaine. In response to an inquiry from the UC, SINGH stated that

this was his last stop and that he was headed back to California. SINGH further stated that the "next time" he met with the UC and the CW, they would need to pick a different meeting spot because the Pilot Travel Center was too busy.

11. Based upon the foregoing, there is probable cause to believe that on March 20, 2023, Varinder SINGH did possess with intent to distribute and distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

*Ryan P. Glynn*
Ryan P. Glynn
Special Agent
Drug Enforcement Administration

Sworn to by telephone in accordance with Fed. R. Crim. Pr. 4.1 on March 20, 2023,

11:50 a.m.

HON. DAVID H. HENNESSY
United States Magistrate Judge
District of Massachusetts

4